IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIM GANDRUP, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Misc. No. 14-123-SLR |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| INTERNAL REVENUE SERVICE, | ) |
| JULIETA JOHNSON, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

At Wilmington this 20r day of June, 2014, petitioner having filed a letter/motion for the clerk to issue summons on June 20, 2014;

IT IS ORDERED that the motion is denied (D.I. 3). Summons are issued following the filing of a complaint (petitioner has filed a motion to quash) and the court has already ordered respondents to file a response to the petition (D.I. 2).

_____
United States District Judge